UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DEMETRIUS BLAKES,

                    Plaintiff,

  v.                                                Case No. 19-cv-109-pp

MILWAUKEE COUNTY SHERIFF OFFICE,

                    Defendant.

---

**ORDER TO SHOW CAUSE REQUIRING PLAINTIFF TO PAY INITIAL PARTIAL FILING FEE OR EXPLAIN WHY HE IS UNABLE TO DO SO**

---

      Plaintiff Demetrius Blakes filed this lawsuit under 42 U.S.C. §1983 on January 18, 2019. Dkt. No. 1. He also filed a motion to proceed without prepaying the filing fee. Dkt. No. 1. The Prison Litigation Reform Act requires the court to assess an initial partial filing fee in civil cases filed by prisoners, and the prisoner must pay that fee if he wants the court to allow him to proceed without paying the entire filing fee up front. 28 U.S.C. §1915(b). On January 25, 2019, Judge Nancy Joseph—the judge assigned to this case at the time—ordered the plaintiff to pay an initial partial filing fee of $22.15 no later than February 19, 2019. Dkt. No. 5.

      As of today's date, the court has not received the fee. The court will give the plaintiff a deadline of the end of the day on **Friday, March 29, 2019** to either pay the initial partial filing fee or explain why he cannot do so. If the court does not receive either the $22.15 initial partial filing fee or an explanation of why the plaintiff can't pay it by the end of the day on Friday,

1

March 29, 2019, the court will assume that the plaintiff is voluntarily dismissing the case, and will dismiss it without prejudice (meaning that the plaintiff may bring the case at a later time). Voluntary dismissal does not count as a "strike" under 28 U.S.C. §1915(g).

The court **ORDERS** that by the end of the day on **Friday, March 29, 2019**, the court either must receive the $22.15 initial partial filing fee or an explanation from the plaintiff about why he hasn't paid the fee. If the court does not receive one or the other of these things by the end of the day on Friday, March 29, 2019, the court will dismiss the case on the next business day.

Dated in Milwaukee, Wisconsin, this 18th day of March, 2019.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**